UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

AKIRA SIMS,

        Plaintiff,

vs.

MARQUETTE UNIVERSITY,
JAKE SIERAKOWSKI,
SERENA BEKTESHI,
DEVIN MISTRY and
CHARLIE MADIGAN,

        Defendants.

Case No. 23-CV-01154

---

**SERENA BEKTESHI'S RULE 7.1 DISCLOSURE STATEMENT**

---

The undersigned, counsel for the defendant, Serena Bekteshi, furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

1. The party represented is Serena Bekteshi.

2. Serena Bekteshi is not a corporation.

3. At this time, the only law firm expected to appear on behalf of Serena Bekteshi, as to the merits of the claims against her, is Hills Legal Group, Ltd. However, upon information and belief, Serena Bekteshi may also be represented by DeWitt Law Firm, LLP relative to any coverage issues which may arise between Serena Bekteshi and her insurer.

Dated at Waukesha, Wisconsin, this 12th day of December, 2023.

                HILLS LEGAL GROUP, LTD.
                Attorneys for Serena Bekteshi

By: _____
    Amy M. Freiman
    State Bar No. 1086869

P.O. Address:
Squires III -Suite 333
N19 W24075 Riverwood Drive
Waukesha, WI 53188-1170
(262)347-0167
Fax: (262) 347-0177
afreiman@hillslegal.com