# FOX | O'NEILL | SHANNON S.C.

622 North Water Street
Suite 500
Milwaukee, WI 53202
Telephone: 414-273-3939
Fax: 414-273-3947
www.foslaw.com

Matthew W. O'Neill
mwoneill@foslaw.com

January 5, 2024

**VIA ECF**
Judge Stadtmueller
United States Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

      RE:    Sims vs. Marquette University, et al.
             E.D. Wis. Case Number 2:23-CV-1154

Dear Judge Stadtmueller:

      I noticed just after filing the Joint Executive Summary for Defendants Mistry and Bekteshi that we did not address a proposed due date for a motion to dismiss. Our suggestion is that Defendants Mistry and Bekteshi's Motion to Dismiss be subject to the same filing deadlines as Marquette University's Motion to Dismiss, which was requested to be 14 days after entry of the docket order following review of the Executive Summary. We further agree with the statement in Marquette's Joint Executive Summary that Plaintiff shall have 28 days to respond to the Motion to Dismiss.

      In addition, Defendants Mistry and Bekteshi acknowledge that their Joint Executive Summary was filed more than 5 days after the December 27, 2023 Second Amended Complaint. The reason is that counsel for both defendants were on vacation from December 24, 2023 to January 2, 2024. We respectfully request that the Court accept the Joint Executive Summary, which we prepared and filed promptly after our respective returns to the office.

      Very truly yours,

      MATTHEW W. O'NEILL

MWO: mbb
CC: All counsel via ECF