UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

AKIRA SIMS,

    Plaintiff,

v.

MARQUETTE UNIVERSITY, et. al,

    Defendant.

Case No. 2:23-1154
Judge Stadtmueller

## DEVIN MISTRY'S AND SERENA BEKTESHI'S NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that the defendants Serena Bekteshi and Devin Mistry, by and through their respective attorneys, will move the court, The Honorable J.P. Stadtmueller, on a date and time to be set by the court, for an order dismissing the Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). This motion is based upon the Memorandum in Support of Motion filed contemporaneously with this Motion.

Dated this 1st day of February, 2024

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ *Amy M. Freiman* | /s/ *Matthew W. O'Neill* |
| *Attorney for Defendant Serena Bekteshi* | *Attorney for Defendant Devin Mistry* |
| | |
| Amy M. Freiman | Matthew W. O'Neill |
| Hills Legal Group, Ltd. | Fox, O'Neill & Shannon, S.C. |
| N19W24075 Riverwood Drive, Suite 333 | 622 N. Water Street, Suite 500 |
| Waukesha, Wisconsin 53188 | Milwaukee, Wisconsin 53202 |
| (262) 347-0168 | (414) 273-3939 |
| afreiman@hillslegal.com | mwoneill@foslaw.com |

1