# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

AKIRA SIMS,

                Plaintiff,

v.

MARQUETTE UNIVERSITY, JAKE SIERAKOWSKI, SERENA BEKTESHI, DEVIN MISTRY, and CHARLIE MADIGAN),

                Defendants.

Case No. 23-CV-1154-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant Marquette University's motion to dismiss Plaintiff Akira Sims's second amended complaint, ECF No. 47, be and the same is **GRANTED in part** and **DENIED as moot in part**;

    **IT IS FURTHER ORDERED AND ADJUDGED** that Defendants Devin Mistry, Charlie Madigan, and Serena Bekteshi's motions to dismiss, ECF Nos. 41 and 44, be and the same are hereby **DENIED as moot**;

    **IT IS FURTHER ORDERED AND ADJUDGED** that Counts XI, XII, and XIII in Plaintiff Akira Sims's second amended complaint be and the same are hereby **DISMISSED with prejudice**;

    **IT IS FURTHER ORDERED AND ADJUDGED** that the Court, pursuant to 28 U.S.C. § 1367(c)(3), declines to exercise supplemental jurisdiction over Plaintiff Akira Sims's state law claims, and Counts I–X in

Plaintiff's second amended complaint be and the same are hereby **DISMISSED without prejudice**; and

**IT IS FURTHER ORDERED AND ADJUDGED** that this case be and the same is hereby **DISMISSED**.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court

September 10, 2024
Date

*s/ Jodi L. Malek*
By: Deputy Clerk