# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

AKIRA SIMS,                                  )
                                             )
    Plaintiff,            )
                                             )
    vs.                   )
                                             )    **Case No:  2:23-1154**
MARQUETTE UNIVERSITY,                        )
JAKE SIERAKOWSKI, SERENA                     )    **Judge J. P. Stadtmueller**
BEKTESHI, DEVIN MISTRY,                       )
AND CHARLIE MADIGAN,                         )
                                             )
    Defendants.           )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, AKIRA SIMS, by and through her undersigned counsel, and Defendants, MARQUETTE UNIVERSITY, JAKE SIERAKOWSKI, SERENA BEKTESHI, DEVIN MISTRY, and CHARLIE MADIGAN, by and through their undersigned counsel,  hereby stipulate and agree, that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) as part of the settlement of this suit and all claims against Defendants, MARQUETTE UNIVERSITY, JAKE SIERAKOWSKI, SERENA BEKTESHI, DEVIN MISTRY, and CHARLIE MADIGAN in this matter.

The parties to bear their own costs and attorneys' fees.

Respectfully submitted,

| **AKIRA SIMS, Plaintiff** | **MARQUETTE UNIVERSITY, Defendant** |
|---|---|
| By:  /s/ John C. Kreamer | By:  /s/ Anthony Anzelmo (with consent) |
| One of her Attorneys | One of its Attorneys |

1

**JAKE SIERAKOWSKI/Defendant**

By:  /s/ Michael J. Wirth (with consent)
One of his Attorneys

**DEVIN MISTRY/Defendant**

By:  /s/ Matthew W. O'Neill (with consent)
One of his Attorneys

**SERENA BEKTESHI, Defendant**

By:  /s/ Amy Freiman (with consent)
One of her Attorneys

**CHARLIE MADIGAN, Defendant**

By:  /s/  Robert Kasieta (with consent)
One of his Attorneys

Prepared by:
John C. Kreamer
The Kreamer Law Group, LLC.
1100 E. Warrenville Road, Ste. 135
Naperville IL 60563
Phone:  (630) 857-3609
Fax:  (630) 597-9532
Email: jckreamer@kreamerlawgroup.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 20, 2025 he electronically filed Agreed Stipulation of Dismissal with Prejudice with the Clerk of Court using the CM/ECF system, which will send notification of such filing to any and all registered CM/ECF participant(s).

**/s/ John C. Kreamer /s/**