# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

February 21, 2025

*By the Court*:

| No. 24-2788 | AKIRA SIMS,<br>　　　　Plaintiff - Appellant<br><br>v.<br><br>MARQUETTE UNIVERSITY, et al.,<br>　　　　Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:23-cv-01154-JPS<br>Eastern District of Wisconsin<br>District Judge J. P. Stadtmueller ||

Upon consideration of the **AGREED MOTION TO DISMISS APPEAL AND CASE PURSUANT TO SETTLEMENT**, filed on February 20, 2025, by counsel for the parties,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**　(form ID: **137**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

February 21, 2025

To:  Gina M. Colletti
     UNITED STATES DISTRICT COURT
     Eastern District of Wisconsin
     Milwaukee, WI 53202-0000

|  |  |
|---|---|
| No. 24-2788 | AKIRA SIMS,<br>            Plaintiff - Appellant<br><br>v.<br><br>MARQUETTE UNIVERSITY, et al.,<br>            Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 2:23-cv-01154-JPS<br>Eastern District of Wisconsin<br>District Judge J. P. Stadtmueller ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                               F.R.A.P. 42(b)

STATUS OF THE RECORD:                            no record to be returned

form name: **c7_Mandate**    (form ID: **135**)